UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| James Steveson,<br><br>      Plaintiff,<br><br>  v.<br><br>Barclays Bank Delaware; Capital One Bank, N.A.; JPMorgan Chase Bank, N.A.; Synchrony Bank; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>      Defendants. | Case No. 1:23-cv-419-GBW-KRS |

### ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF DUE DATE FOR RESPONSE TO COMPLAINT

Having reviewed the Unopposed Motion for Extension of Due Date for Response to Complaint filed by Defendant JPMorgan Chase Bank, N.A. ("Chase Bank"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the due date for Chase Bank's response to the Complaint will be extended by three weeks, to July 13, 2023.

                                                /s/ Kevin Sweazea
                                           Hon. Kevin R. Sweazea
                                           United States Magistrate Judge

Dated: June 26, 2023                    LEWIS ROCA ROTHGERBER CHRISTIE LLP


By:/s/ *Nicole G. True*
   Ross L. Crown
   201 Third Street NW, Suite 500
   Albuquerque, NM 87102
   Telephone: 505.764.5402
   Facsimile: 505.764.5463
   RCrown@lewisroca.com

   Sarah M. Humble (admission pending)
   Nicole G. True
   201 East Washington Street, Suite 1200
   Phoenix, AZ  85004
   Telephone:     602.262.5311
   Facsimile:     602.262.5747
   SHumble@lewisroca.com
   NTrue@lewisroca.com

   *Attorneys for Defendant JPMorgan Chase Bank, N.A.*


McCARTHY LAW PLC


By: */s/ Joseph Panvini* (with permission)
   Joseph Panvini
   4250 N. Drinkwater Blvd., Ste. 320
   Scottsdale, AZ 85251
   Telephone: 602-456-8900
   Facsimile: 602-218-4447

   *Attorneys for Plaintiff*

2

121589660.1